UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DANDRE DSHON EVANS,**

    **Petitioner,**

v.                                                                                                 **Case No. 3:21cv991-TKW-MJF**

**M V JOSEPH**,

    **Respondent**.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Petitioner's response (Doc. 6). The response will be treated as Petitioner's objection to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee and comply with court orders.

The Court did not overlook Petitioner's argument that he timely requested that the Bureau of Prisons (BOP) pay the filing fee from his inmate trust account and that he cannot control whether or when BOP sends the fee to the court. However, the Court finds this argument unpersuasive for three reasons.

First, this argument, if true, might excuse Petitioner's failure to comply with the order requiring him to pay the filing fee, but it does not excuse his failure to comply with the separate order to show cause. Second, the Court cannot determine from the account statement attached to the objection whether any of the listed disbursements were actually for the filing fee in this case.[1] Third, as of the date of this Order, the Court still has not received the filing fee, either from BOP or Petitioner.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. The habeas petition (Doc. 1) is **DISMISSED** without prejudice to re-filing in a separate action along with the applicable filing fee.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 10th day of December, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] The account statement lists a "BP 199 Request" for the amount of the filing fee ($5.00) on September 10, 2021 (around the time of the order requiring Petitioner to pay the filing fee), but there is nothing on the statement that shows that this amount actually was for the filing fee in this case. Moreover, it is noteworthy that 12 days later, the request appears to have been credited back to Petitioner's account and then disbursed for "subscriptions."